# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-1676

_____

Kelvin Settle

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: July 02, 2013
Filed: July 08, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Kelvin Settle appeals the district court's[1] denial of his Federal Rule of Civil Procedure 60(d) motion to set aside judgment for fraud on the court, following the

---

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

denial of his motion to return property. We conclude that the court did not abuse its discretion in denying the Rule 60(d) motion. <u>See</u> <u>Superior Seafoods, Inc. v. Tyson Foods, Inc.</u>, 620 F.3d 873, 878 (8th Cir. 2010) (standard of review). Contrary to Settle's assertion, the district court's denial of his motion to return property--which this court affirmed in an earlier appeal--was not based solely on a disclaimer that was purportedly signed by him, but which he alleged was fraudulent; thus, his Rule 60(d) motion did not provide a basis for relief. <u>See</u> <u>id.</u> (relief under Rule 60(d) is only available where it would be manifestly unconscionable to allow judgment to stand). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____